106 A.3d 482

IN THE MATTER OF JARED E. STOLZ, AN ATTORNEY AT LAW (ATTORNEY NO. 019621990).

January 23, 2015.

## ORDER

This matter having been duly presented, it is ORDERED that **JARED E. STOLZ of FLEMINGTON,** who was admitted to the bar of this State in 1990, and who was suspended from the practice of law for a period of three months effective October 3, 2014, by Order of this Court filed September 4, 2014, be restored to the practice of law, effective immediately.